UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMEEL MUWWAKKIL, | ) | CASE NO. CV 06-515 PSG (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MIKE EVANS, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 3/11/11

                                           PHILIP S. GUTIERREZ
                                           PHILIP S. GUTIERREZ
                                           United States District Judge